| | |
|---|---|
| 1 | LYNN HUBBARD, III, SBN 69773 |
| 2 | SCOTTLYNN J HUBBARD IV, SBN 212970<br>LAW OFFICES OF LYNN HUBBARD, III |
| 3 | 12 WILLIAMSBURG LANE<br>CHICO, CA 95926 |
| 4 | Telephone:  (530) 895-3252<br>Fax:   (530) 894-8244 |

Attorneys for Plaintiff

CATHERINE CORFEE, SBN 155064
CORFEE STONE & ASSOCIATES
5441 Fair Oaks Boulevard, Suite B-1
Carmichael, CA 95608
Telephone: (916) 487-5441
Facsimile: (916) 487-5440

Attorneys for Defendants

MARC BRADLEY KOENIGSBERG
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Sanford,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Fushin Enterprises, Inc. dba Denny's #7749; Edward T. Fong and Anne S. Fong, Trustees of the Edward T. Fong and Anne S. Fong Trust; and DOES 1 through 10,<br><br>　　　Defendants.<br>_____/ | Case No. CIV.S. 05-1238 WBS (PAN)<br><br>**REQUEST FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

    Pursuant to a Settlement Agreement and Release between plaintiff, James Sanford, and defendants, Fushin Enterprises, Inc. dba Denny's #7749 and Edward T. Fong and Anne S. Fong Trustees of the Edward T. Fong and Anne S. Fong Trust, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: November 7, 2005        LAW OFFICES OF LYNN HUBBARD, III

/s/ Scottlynn J Hubbard, IV
SCOTTLYNN J HUBBARD, IV
Attorneys for Plaintiff

Dated: October 26, 2005        CORFEE STONE & ASSOCIATES

Signature On File
CATHERINE CORFEE, ESQ.
Attorneys for Defendants
FUSHIN ENTERPRISES, INC.

Dated: October 26, 2005        GREENBERG TRAURIG, LLP

Signature On File
MARC BRADLEY KOENIGSBERG
Attorneys for Defendants EDWARD T. FONG AND ANNE S. FONG TRUSTEES OF THE EDWARD T. FONG AND ANNE S. FONG TRUST

**ORDER**

1    IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-
2 05-1238 WBS (PAN), is hereby dismissed with prejudice.

4 Dated: November 8, 2005

```
                                    /s/ William B. Shubb
                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
```